MEMORANDUM **
Victor Gonzalez Salazar petitions for review of a decision of the Board of Immigration Appeals (“BIA”) denying his motion to reopen pursuant to 8 C.F.R. § 1003.2(d).
Since the BIA decided this case, we have issued two decisions that may have bearing on the issues presented: Reyes-Torres v. Holder, 645 F.3d 1073, 2011 WL 1312570 (9th Cir.2011) and Coyt v. Holder, 593 F.3d 902 (9th Cir.2010). Prior to oral argument in this case, the United States moved for an order remanding this petition to the BIA for reconsideration in light of Coyt. We denied the motion and heard argument. Having heard argument and having decided Reyes-Torres, we now believe the government’s initial position requesting a remand is well-taken.
Therefore, we remand this petition to the BIA for its reconsideration in light of Reyes-Torres and Coyt.
REMANDED.

 This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.